An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

ANDRE A. BRELAND,
Appellant,
vs.
RENEE BAKER, WARDEN,
Respondent.

No. 66460

**FILED**

SEP 2 4 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____ S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a proper person appeal from an order granting a motion for change of venue. Seventh Judicial District Court, White Pine County; Gary Fairman, Judge.

Because no statute or court rule permits an appeal from an order granting a motion for change of venue, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.[1]

_____, J.
Hardesty

_____, J.
Douglas

_____, J.
Cherry

_____

[1]We deny as moot the respondent's motion to dismiss the appeal as untimely.

14-31703

cc: Hon. Gary Fairman, District Judge
Andre A. Breland
White Pine County District Attorney
Attorney General/Ely
White Pine County Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A